AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| James Edward Rose, Jr. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    4:12-cv-261-JMC |
| Director Willie Bamberg | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.


■ decided by the Honorable J. Michelle Childs, United States District Judge. The court ACCEPTS the Report
and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:  May 22, 2012

*CLERK OF COURT*


s/Debbie Stokes

_____
*Signature of Clerk or Deputy Clerk*