AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| James Edward Rose, Jr. <br> *Plaintiff* <br> v. <br> Director Willie Bamberg <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 4:12-cv-261-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge. The court ACCEPTS the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: May 22, 2012

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*